JOHN S. LEONARDO
United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
State Bar No. 024184
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2017 FEB -8 P 4:58

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Ali Mukhtar Osman,

    Defendant.

CR17-198 TUC JAS(DTF)

INDICTMENT

Violations:
22 U.S.C. § 2778(b)(2) and (c);
22 CFR §§ 121.1, 123.1, and 127.1
(Attempted Import of Defense Articles)
Count 1

18 U.S.C. § 922(l)
18 U.S.C. § 924(a)(1)(C)
(Unlawful Bringing In of a Firearm)
Count 2

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about January 15, 2017, at or near Nogales, in the District of Arizona, ALI MUKHTAR OSMAN knowingly and willfully attempted to import and send into the United States from the country of Mexico, defense article(s), that is, one (1) Sig Sauer SP2022 9 mm handgun, serial number 24B095063; which is designated as a defense article on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export; in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1.

## COUNT 2

On or about January 15, 2017, at or near Nogales, in the District of Arizona, ALI MUKHTAR OSMAN, did knowingly import or bring into the United States, a firearm or ammunition, that is: one (1) Sig Sauer SP2022 9 mm handgun, serial number 24B095063; six (6) rounds of Tulammo Luger 9 mm ammunition; and nine (9) rounds of Speer 9 mm ammunition; in violation of Title 18, United States Code, Sections 922(l) and 924(a)(1)(C).

A TRUE BILL

/s/
_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
_____
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

FEB 08 2017