IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>                    Plaintiff,<br><br>       vs.<br><br>Ali Mukhtar Osman,<br><br>                    Defendant. | CR 17-00198-TUC-JAS(DTF)<br><br>ORDER OF COMMITMENT |
|---|---|

On March 8, 2017, this Court ordered a psychological [psychiatric] examination to determine the defendant's competency to stand trial. Dr. Marisa Menchola, Ph.D., was appointed to conduct the examination. Dr. Menchola completed the evaluation, which was received and reviewed by the Court and counsel for both parties. Dr. Menchola concluded that the defendant is not competent to stand trial at this time.

On May 23, 2017, a hearing was held with the defendant and counsel for both parties present.

The Court finds by a preponderance of the evidence that the defendant is not presently competent to stand trial. There being no objection from either party,

**IT IS ORDERED:**

1. Pursuant to 18 U.S.C. § 4241(d) the defendant is committed to the custody of the Attorney General to be hospitalized in a suitable facility for a reasonable period of time, ***not to exceed four months***, as is necessary to determine whether there is a substantial probability that in the foreseeable future the defendant will attain the capacity

to permit the proceedings to go forward. The four months shall commence on the date the defendant arrives at the facility.

2. **The United States Marshal shall:**

    a. Promptly coordinate with the Bureau of Prisons to effectuate this Order and arrange transportation of the defendant to the designated facility, and transmit the U.S. Marshal's Medical Study Timeline to U.S. Magistrate Judge Ferraro within 14 days.

    b. If the defendant is determined to be competent, promptly transport the defendant back to the District of Arizona without further Order of this Court, and notify the Court and counsel for both parties when the defendant is back in the District.

3. **The Attorney General or his agent shall:**

    a. At the end of the defendant's commitment, prepare and submit a written report pursuant to 18 U.S.C. § 4247(b) and (c). This report shall include the name and dosage of all medications the defendant is currently taking.

    b. Submit the report by both U.S. Mail <u>and</u> email (or fax) to:

- ORIGINAL Report via U.S. Mail to
U.S. District Court
Chambers of U.S. Magistrate Judge D. Thomas Ferraro
405 W. Congress Street, Suite 6660
Tucson, Arizona 85701;
- COPY of Report
via email ferraro_chambers@azd.uscourts.gov
or
facsimile 520-205-4599.

    c. If, at the conclusion of the four month commitment, the psychologist's or psychiatrist's opinion is that the defendant remains incompetent, the defendant shall remain at the medical facility pending further order of the Court.

    d. If, at any time during the commitment, the psychologist's or psychiatrist's opinion is that the defendant is not restorable, the defendant shall remain at the medical facility pending further order of the Court, and the Attorney General or his

agent shall promptly determine whether a dangerousness evaluation pursuant to 18 U.S.C. §§ 4246 and 4248 is needed, and if so, begin the evaluation.

4. All proceedings relating to this defendant are stayed pending further order of the Court. Excludable delay under 18 U.S.C. § 3161(h)(1)(A) is found to commence on March 7, 2017, and end upon the Court's determination that the defendant is competent. Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

5. **This matter is set for a status conference** on **October 2, 2017 at 11:00 a.m. before the Hon. D. Thomas Ferraro.**

6. **The parties shall:**

    a. Promptly provide the psychologist or psychiatrist with all relevant documents, including case reports disclosed to the defense, the defendant's criminal history, and other known mental health examinations or medical records in their possession. The parties are authorized to disclose any federal presentence investigation report(s) (PSRs) for the defendant. Any disclosed PSR shall be used solely for the purpose of this examination.

    b. By **September 25, 2017**, inform U.S. Magistrate Judge Ferraro via email or telephone, if they have not yet received the doctor's report.

DATED this 23rd day of May, 2017.

                                      D. Thomas Ferraro
                                      United States Magistrate Judge

Distribution:

Eric Rau, AFPD
Rui Wang, AUSA
U.S. Marshal Service