IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Ali Mukhtar Osman,<br><br>　　　　Defendant. | CR 17-00198-TUC-JAS(DTF)<br><br>**ORDER TO RETURN DEFENDANT**<br>**TO DISTRICT OF ARIZONA (TUCSON)** |

　　　　IS ORDERED the U.S. Marshal Service transport defendant Ali Mukhtar Osman to the District of Arizona from the Federal Medical Center, Butner, North Carolina, **prior to the Status Hearing currently scheduled for January 3, 2018 at at 11:15 a.m.**

　　　　The Clerk of the Court shall deliver a certified copy of this Order to the United States Marshal Service.

　　　　Dated this 4th day of December, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　D. Thomas Ferraro
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy to:
U.S. Marshal Service