ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant U.S. Attorney
AZ State Bar No. 003938
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jesse.figueroa@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 17-0198-TUC-JAS(DTF) |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO VIEW MARICOPA COUNTY SUPERIOR COURT FILE** |
| Ali Mukhtar Osman, | |
| Defendant. | |

Comes now Assistant United States Attorney Jesse Figueroa and moves this court order the Maricopa County Superior Court to permit Assistant United States Attorney Jesse J. Figueroa and Erin Carrillo, attorney for the defendant, to view Maricopa Superior Court case number MH 2012-003901.

The defendant is charged in United States District Court with count one, possession of a firearm by a person who had been adjudicated a mental defective; count two, possession of a firearm by a person who had been committed to a mental institution; and count three, unlawful bringing in of a firearm.

The information in Maricopa County case number MH 2012-003901 is relevant to the federal charges because the orders in that case provide the basis for counts one and two

\ \ \

\ \

\

in the federal case. The Maricopa County case is sealed but Maricopa County will permit the parties to view the case upon order of this court.

      Erin Carrillo has no objection to and joins in this motion.

      Respectfully submitted this 22nd day of May, 2018.

                              ELIZABETH A. STRANGE
                              First Assistant United States Attorney
                              District of Arizona

                              *s/ Jesse J. Figueroa*

                              JESSE J. FIGUEROA
                              Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 22nd day of May, 2018, to:

Erin Carrillo, Esq.