# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

*(Filed <u>Under Seal</u> when signed, due to Privacy Act of 1974)*

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Ali Mukhtar Osman,<br><br>    Defendant. | No. CR-17-00198-001-TUC-JAS (DTF)<br><br>**JURY VERDICT FORM** |

WE THE JURY, FIND THE DEFENDANT, ALI MUKHTAR OSMAN, __GUILTY__ OF UNLAWFUL BRINGING IN OF A FIREARM OR AMMUNITION AS CHARGED IN THE INDICTMENT.
( (GUILTY) / NOT GUILTY )

Redacted Signature

__10/12/2018__
Date