IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*(Filed <u>Under Seal</u> when signed, due to Privacy Act of 1974)*

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ali Mukhtar Osman,<br><br>　　　　Defendant. | No. CR-17-00198-001-TUC-JAS (DTF)<br><br>**JURY VERDICT** |

WE THE JURY, FIND THE DEFENDANT, ALI MUKHTAR OSMAN, __NOT GUILTY__ OF POSSESSION OF A STOLEN FIREARM AS
( GUILTY  /  (NOT GUILTY) )
CHARGED IN THE INDICTMENT.

Redacted Signature

10/12/2018
Date