Petition12C – Rev. 6/18



# UNITED STATES DISTRICT COURT
## for
## Arizona
### Petition for Warrant

| | | |
|---|---|---|
| Name of Offender: | **Ali Mukhtar Osman** | Case No.: **CR-17-00198-001-TUC-JAS (DTF)** |
| Name of Judicial Officer: | **The Honorable James A. Soto**<br>**United States District Judge** | |
| Date of Original Sentence: | **1/16/2019** | |
| Original Offense: | **Count 3: Unlawful Bringing in of a Firearm or Ammunition, 18 U.S.C. § 922(1) and § 924(a)(1)(C), a Class D Felony** | |
| Original Sentence: | **Time served (743 days), plus 10 days imprisonment, 12 months supervised release** | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **1/25/2019**<br>Date Supervision Expires: **1/24/2020** |
| Assistant U.S. Attorney: | **Jesse Joseph Figueroa**<br>520-620-7300 | Defense Attorney: **Erin Michelle Carrillo**<br>520-668-8790 |

Petitioning the Court to issue a Warrant.

The probation officer alleges Ali Mukhtar Osman has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Standard Condition #5** which states, You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>1) As evidenced by the probation officer, a home contact was conducted at Osman's reported address on February 4, 2019, and the probation officer learned he no longer resided at the residence. Osman failed to report a change in address to the probation officer at least 10 days in advance or within 72 hours. Grade C violation. §7B1.1(a)(3) |

cc: USM, AUSA, Probation ✓

Page 2
RE: Ali Mukhtar Osman
Petition to Revoke
March 15, 2019

      B      **Special Condition #1** which states, You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

              1) On February 20 and March 8, 2019, the probation officer met with Osman, and he reported he would not participate in substance abuse treatment.

              2) As evidenced by the probation officer, Osman refused to submit to drug testing on March 8, 2019. Revocation is mandatory 18 U.S.C. 3583(g)(3)

              Grade C violations §7B1.1(a)(3).

      C      **Special Condition #3** which states, You must participate in a mental health assessment and follow any directions by the probation officer or treatment provider, which may include taking prescribed medication. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

              1) On February 20 and March 8, 2019, the probation officer met with Osman, and he reported he would not participate in mental health services. Grade C violation §7B1.1(a)(3).

Page 3
RE: Ali Mukhtar Osman
Petition to Revoke
March 15, 2019

**U.S. Probation Officer Recommendation and Justification**

Ali Mukhtar Osman has violated the trust of the Court. A warrant is recommended as Ali Mukhtar Osman is a flight risk.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_/s/ Tara Barton_                                          3/15/2019
Tara M. Barton                                              Date
Senior U.S. Probation Officer
Office: 520-205-4341
Cell: 520-631-2022

_/s/ Gina Enriquez_                                        3/15/2019
Gina Enriquez                                               Date
Supervisory U.S. Probation Officer
Office: 520-205-4421
Cell: 520-631-6979


The Court Orders

☐  No Action

☒  The Issuance of a Warrant

☐  The Issuance of a Summons

☐  Other

_/s/ James A. Soto_                                        3-18-2019
The Honorable James A. Soto                                 Date
United States District Judge